IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,                      No. CIV S-08-0533 GEB EFB P

    vs.

JAMES A. YATES, et al.,

    Defendants.               ORDER

_____/

       Plaintiff, a state prisoner without counsel, has filed a civil rights action. *See* 42 U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Delano, California.  Delano is in the Fresno Division of this court and the action should have been commenced there. *See* L.R. 3-120(b).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

       Accordingly, it is hereby orderd that:

       1.  This action is transferred to the Fresno Division.

       2.  The Clerk of Court shall assign a new case number.

/////

/////

/////

1     3. All future filings shall bear the new case number and shall be filed at:

           United States District Court
           Eastern District of California
           2500 Tulare Street
           Fresno, CA 93721

DATED: April 8, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE