**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES A. YATES, et al.,<br><br>      Defendants. | No. C 08-00487 WHA (PR)<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 19)** |

GOOD CAUSE APPEARING, the defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. Defendants shall file a dispositive motion no later than **February 8, 2010**. Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 19.

IT IS SO ORDERED.

DATED: October 21, 2009

                                                _____
                                                WILLIAM H. ALSUP
                                                United States District Judge