**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, <br>     Plaintiff, <br>     v. <br> JAMES A. YATES, et al., <br>     Defendants. <br> _____ | No. C 08-00487 WHA (PR) <br> **ORDER DIRECTING DEFENDANTS TO SHOW CAUSE WHY PLAINTIFF SHOULD NOT BE GRANTED ACCESS TO TYPEWRITER OR OTHER WRITING ASSISTANCE FOR PURPOSES OF OPPOSING SUMMARY JUDGMENT MOTION; GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** <br> **(Docket No. 30)** |

On March 10, 2008, plaintiff, a California prisoner incarcerated at Pleasant Valley State Prison ("PVSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. Thereafter, the Court found the allegations in plaintiff's complaint, when liberally construed, state the following constitutionally cognizable claims for relief against prison officials at PVSP: unlawful conditions of confinement stemming from plaintiff's being housed in a cell with a "violent psychopathic prisoner," the denial of adequate medical care, and improper interference with plaintiff's outgoing legal mail. (Order, filed May 11, 2009, at 2:17-3:11.) The Court ordered the complaint served and directed defendants to file a motion for summary judgment or other dispositive motion with respect to plaintiff's cognizable claims.

On February 8, 2010, defendants filed a motion for summary judgment. According to the scheduling order in the Court's order of service, plaintiff was required to file his opposition thereto within thirty days of the date the summary judgment motion was filed. Now pending before the Court is plaintiff's request for an "open ended extension of time" to

file opposition to the motion for summary judgment. (Docket No. 30 at 2:25-26.) Specifically, plaintiff states in request that, due to complications from strokes, he is unable to write for himself and he does not have access to a typewriter because defendants destroyed his typewriter in retaliation for plaintiff's having filed the instant action.

The Court will not grant plaintiff an unlimited extension of time to file his opposition to the motion for summary judgment. This case has now been pending for two years and it is not in the interest of justice to extend the matter indefinitely.

Accordingly, in order to resolve as expeditiously as possible the matter of plaintiff's ability to file his opposition to the motion for summary judgment, the Court hereby DIRECTS defendants to show cause, within **ten (10)** days of the date this order is filed, why plaintiff should not be provided with access to a typewriter or other writing assistance to enable him to prepare his opposition to the motion for summary judgment.

Plaintiff's request for an extension of time to file his opposition to the motion for summary judgement is hereby GRANTED until the Court issues a new scheduling order.

This order terminates Docket No. 30.

IT IS SO ORDERED.

DATED: March 17, 2010

_____
WILLIAM H. ALSUP
United States District Judge