**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRADY K. ARMSTRONG,

    Plaintiff,

  v.

JAMES A. YATES, et al.,

    Defendants.

_____

No. C 08-00487 WHA (PR)

**BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION**

On March 10, 2008, plaintiff, a California prisoner incarcerated at Pleasant Valley State Prison ("PVSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. On February 8, 2010, defendants filed a motion for summary judgment. According to the scheduling order in the Court's order of service, plaintiff was required to file his opposition thereto within thirty days of the date the summary judgment motion was filed. On March 9, 2010, plaintiff, however, filed a request for an "open ended extension of time" to file opposition to the motion for summary judgment. (Docket No. 30.) Specifically, plaintiff stated that, due to complications from strokes, he is unable to write for himself and he does not have access to a typewriter because defendants destroyed his typewriter in retaliation for plaintiff's having filed the instant action.

By order filed March 17, 2010, the Court directed defendants to show cause why plaintiff should not be provided with access to a typewriter or other writing assistance to enable him to prepare his opposition to the motion for summary judgment. (Docket No. 31.)

In response, defendants have submitted evidence, in the form of docket sheets from the United States District Court for the Eastern District of California, showing that plaintiff has filed a number of cases in that court and that three of those cases, including the instant matter, are still pending.  In particular, defendants note that in one of the pending cases, Armstrong v. Garcia, et al., 2:08-cv-00039 FCD KJM, plaintiff recently filed a request for an extension of time and access to a typewriter in order to oppose the defendants' dispositive motions, defendants responded thereto, and, on March 16, 2010, the court found that, based on plaintiff's prolific hand-written filings in that matter, plaintiff had the ability to file opposition to defendants' dispositive motions without the use of a typewriter.  Accordingly, the court denied plaintiff's request to order prison officials to provide him with a typewriter and ordered plaintiff to file his oppositions within thirty days.  (Defs.' Resp. at 3:14-25 & Ex. 8.)

Similarly, in the instant case, plaintiff has filed, in the past nine months, numerous motions and, as defendants note, he has not shown that he has requested a reasonable accommodation for a medical disability from prison officials, specifically, a typewriter.

Based on the foregoing, plaintiff's request for access to a typewriter to prepare his opposition to defendants' motion for summary judgment is hereby DENIED.

Within **forty-five (45)** days of the date this order is filed plaintiff shall file his opposition to defendants' motion.  Defendants shall file a reply within **twenty (20)** days of the date plaintiff's opposition is filed.

No further extensions of time will be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

DATED: March 26, 2010

_____
WILLIAM H. ALSUP
United States District Judge