IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY K. ARMSTRONG, | No. C 08-0487 WHA (PR) |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| JAMES A. YATES, et al., | |
|     Defendants., | |

Pursuant to the order granting the defendants' motion for summary judgment, judgment is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated:   July 13, 2010

**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**